UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GENERAL GRANT BELL,**

    **Plaintiff,**

**v.**                                                    **Case No. 5:20cv40-TKW-MJF**

**BARBARA M. FINCH,**

    **Defendant.**

_____/

## **ORDER**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 10). No objections were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to fully disclose his litigation history.

The Court has not overlooked the amended complaint (Doc. 11) filed by Plaintiff in response to the Report and Recommendation. The amended complaint lists additional cases (and attaches a print-out from the Clerk's office with a list of the cases Plaintiff filed in this Court) in response to the questions on the complaint form regarding Plaintiff's litigation history. Even if the amended complaint provides a complete list of Plaintiff's prior cases, that does not excuse his failure to fully disclose his litigation history in his original complaint. Nor does the amended

complaint provide a basis for the Court to impose a sanction less than dismissal because, as explained in the Report and Recommendation, providing Plaintiff an opportunity to amend his complaint to disclose the previous lawsuits would essentially be no penalty and would equate to overlooking his mendacity and abuse of the judicial process.  Doc. 6, at 11 (citing *Hood v. Tompkins*, 197 F. App'x 818, 819 (11th Cir. 2006)).

    Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.
2. This case is **DISMISSED**, and the Clerk shall close the file.

**DONE and ORDERED** this 22nd day of June, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**